**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ANTONIO ORTIZ-SALDANA,**

    Plaintiff,

v.                                                       Case No.  8:07-cv-2232-T-30TGW

**CITIFINANCIAL SERVICES, INC., et al.,**

    Defendants.
_____/

**ORDER**

THIS CAUSE comes before the Court upon CitiFinancial Services, Inc. and James Charrier's Motion to Strike Class Action Allegations (Dkt. 23), and Plaintiff's Response to the same (Dkt. 24).  Plaintiff has indicated that he does not object to Defendant's motion.  The Court, having considered the motion and response, and being otherwise fully advised in the premises, determines the motion should be granted.

On December 10, 2007, Defendants removed this action.  This Court's jurisdiction was founded upon the Class Action Fairness Act ("CAFA"), which confers jurisdiction on federal courts where, in addition to other requirements, there are at least 100 proposed class members and the total amount in controversy exceeds $5,000,000.00.  28 U.S.C. §§ 1332(d)(2) and (5).  Absent Plaintiff's class action allegations, this Court has only supplemental jurisdiction over this action which this Court does not choose to exercise.  Accordingly, this action should be remanded to state court.

It is therefore ORDERED AND ADJUDGED that:

1.  CitiFinancial Services, Inc. and James Charrier's Motion to Strike Class Action Allegations (Dkt. 23) is **GRANTED**.

2.  The Clerk is directed to **REMAND** this case to the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, and include a copy of this Order along with the Court file.

3.  All pending motions are denied as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on September 2, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-2232.mt strike.frm